appeal, is the ruling on the motion for a new trial. We have carefully considered the instructions given and those refused, and we find no reversible error in that regard. We have examined the evidence, and we find that it tends fairly to sustain the verdict in every essential feature.

The judgment is affirmed.

---

NATIONAL MUTUAL LIFE INSURANCE COMPANY v. McNAIR.

[No. 11,333.    Filed November 22, 1922.]

From Union Circuit Court; *Raymond S. Springer*, Judge.

Action between the National Mutual Insurance Company and Charles R. McNair. From the judgment rendered, the former appeals. *Affirmed.*

*James D. Johnson* and *William H. Kelley, Jr.*, for appellant.
*George W. Pigman* and *Chester E. Roberts*, for appellee.

PER CURIAM.—Judgment affirmed.

---

ROBERTS v. WERTZ.

[No. 11,576.    Filed November 23, 1922.]

From Delaware Superior Court; *Robert F. Murray*, Judge.

Action between Fannie Roberts and Selby Wertz. From the judgment rendered, the former appeals. *Affirmed.*

*H. B. Alexander* and *Thomas V. Miller*, for appellant.
*Edward R. Templer*, for appellee.

PER CURIAM.—Judgment affirmed.

---

IN RE GRANT.

[No. 11,607.    Filed November 24, 1922.]

Proceedings in the Appellate Court on the petition of Amandus N. Grant for reinstatement as attorney at law. *Petition dismissed.*

*Fred McCallister*, for petitioner.

REMY, J.—Dismissed on authority of *In re Talbot* (1915), 58 Ind. App. 426, 108 N. E. 240.